| United States Bankruptcy Court<br>Southern District of Texas<br>Houtson Division | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor:<br>I Buy, Inc. | Case Number:<br>09-36282-KKB-11 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>**Arlington Independent School District** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars | |
|---|---|---|
| Name and address where notices should be sent:<br>Elizabeth Banda<br><br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>P. O. Box 13430<br>Arlington, Texas 76094-0430<br><br>Telephone Number: 817-461-3344<br>Facsimile Number: 817-860-6509<br>Email: ebanda@pbfcm.com | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | This Space is for Court Use Only |
| Account or other number by which creditor identifies debtor:<br>Please see attached Statement(s) | Check here if ☐ replaces<br>this claim ☐ amends  a previously filed claim dated: _____ | |

| **1. Basis for Claim:**<br>Ad Valorem Property Taxes | **2. Date debt was incurred:** January 1st of each tax year, pursuant to Sections 32.01 and 32.07 of the Texas Property Tax Code |
|---|---|

**3. If court judgment, date obtained:**

**4. Total amount of claim at time case filed:**   **$3,091.47**
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| **5. Secured Claim:**<br>☒ Check this box if your claim is secured by collateral (including a right of setoff). Claim secured by statutory tax lien provided by Sections 32.01 and 32.05 of the Texas Property Tax Code and Art. 8, Section 15 of the Texas Constitution.<br><br>Amount entitled to Secured Classification: $3,091.47<br><br>Brief Description of Collateral:<br>☒ Real Estate  ☐ Motor Vehicle<br>☐ Other:<br><br>Value of Collateral:   Fully Secured<br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any: $3,091.47 | **6. Unsecured Priority Claim:**<br>☐ Check this box if you have an unsecured priority claim<br>  Amount entitled to priority:<br>Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8) to the extent of any shortfall in collateral value and for personal liability. |
|---|---|
| | **7. General Unsecured Claim:**<br>  Amount Entitled to General Unsecured Classification: |
| | **8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. This claim is not subject to any setoff or counterclaim. |
| | This space is for court use only |

**9. Supporting Documents:** Tax Statements on which this claim is founded are attached.

Date: September 2, 2009

Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attorneys for Claimant

By: _____
  Elizabeth Banda
   SBN: 24012238
  R. Bruce Medley
   SBN: 13895835

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment up to 5 years, or both. 18 U.S.C. §§ 152,3571

DELINQUENT TAX STATEMENT

```
2925 I BUY INC
    395 SAWDUST RD
    SPRING, TX 77380-2242          STATUS: B

    BRANDYRIDGE
    BLK   7    LOT  20
    0002015 FOXCROFT LN
    00256447
                           2008      1,246.56          473.69        1,720.25
                           2009      1,371.22             .00        1,371.22

TOTAL DUE FOR ARLINGTON INDEPENDENT SCHOOL DISTRICT                 $3,091.47
```