IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:                                      §          CASE NO. 09-36282-H5-11
                                            §
I BUY, INC.,                                §
               Debtor                       §          CHAPTER 11

### TRUSTMARK NATIONAL BANK'S
### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Pursuant to Fed. R. Bankr. P. 9010(b), please take notice that the undersigned firm of attorneys is appearing for the following party in the above Bankruptcy Case:

### TRUSTMARK NATIONAL BANK

This party is a creditor of the Debtor and is a party-in-interest in this case. Pursuant to §1109(b) of the Bankruptcy Code and Rules 2002, 3017, and 9007 of Fed. R. Bankr. P., the undersigned on behalf of the creditor hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the office address and telephone number set forth below.

Please take further notice that the foregoing request includes the notices and papers referred to in the Rules specified above and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully submitted,

_____

DONALD L. TURBYFILL
State Bar of Texas # 20296380
ATTORNEYS FOR CREDITOR
AND PARTY-IN-INTEREST
TRUSTMARK NATIONAL BANK

OF COUNSEL:

DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.
4801 Woodway, Suite 420 - West
Houston, Texas  77056-1805
(713) 622-8338  [PHONE]
(713) 586-7053  [FACSIMILE]
dturbyfill@dntlaw.com [E-MAIL]

## CERTIFICATE OF SERVICE

     I hereby certify that on the 15TH day of September, 2009, I served a true and correct copy of the above and foregoing TRUSTMARK NATIONAL BANK'S NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS to the following parties by the following means:

**(1) Counsel for Debtor (via email):**
Michael Louis Catrett
Marjorie Payne Britt, P.C.
4615 Southwest Freeway, Suite 500
Houston, Texas  77027
(713) 666-0807 [PHONE]
(713) 355-8382 [FACSIMILE]
mlcatrett@sbcglobal.net [E-MAIL]
ATTORNEY FOR DEBTOR
I BUY, INC.

**(2) Debtor (by regular first class mail)**
I BUY, INC.
395 Sawdust, Suite 2021
Spring, Texas 77380

**(3) Parties requesting notice (via email):**

James William Freyer
Attorney at Law
14200 Gulf Freeway, Suite 101
Houston, Texas 77034
(281) 922-7522 [PHONE]
(281) 922-5483 [FACSIMILE]
jwfreyer@email.msn.com [E-MAIL]
ATTORNEY FOR CREDITOR
TEXAS CITIZENS BANK, N.A.

Elizabeth Banda
Purdue, Brandon, Fielder,
Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, Texas 76094-0430
(817) 461-3344 [PHONE]
(817) 860-6509 [FACSIMILE]
ebanda@pbfcm.com [E-MAIL]
ATTORNEYS FOR CREDITOR
ARLINGTON ISD

**(4) The United States Trustee (via email and regular first class mail)**

Christine A. March
Office of U.S. Trustee
515 Rusk Ave., Suite 3516
Houston, Texas 77002
(713) 718-4650, ext. 239 [PHONE]
(713) 718-4571 [FACSIMILE]
christine.a.march@usdoj.gov [E-MAIL]
UNITED STATES TRUSTEE

DONALD L. TURBYFILL