UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   09-36282-11 |
| I BUY, INC | § | |
| DEBTOR(S), | § | CHAPTER   11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

Dallas County

**Tarrant County**

secured creditor in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET  SUITE 1600
DALLAS, TX 75201
Telephone:   (214)880-0089
Facsimile:   (469)221-5002
Email:       dallas.bankruptcy@publicans.com

By: _____
    Elizabeth Weller        State Bar No.       00785514

Certificate of Service

I do hereby certify that a true and correct copy of the above and foregoing has been this date served electronically or mailed to the parties listed below.

| | |
|---|---|
| MICHAEL LOUIS CATRETT | HOUSTON US TRUSTEE |
| 4615 SOUTHWEST FRWY. | 515 RUSK AVE |
| SUITE 500 | SUITE 3516 |
| HOUSTON, TX 77027 | HOUSTON, TX 77002 |

Dated this  1st  day of  October , 2009.       _____
                                               Elizabeth Weller