BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP          BDFTE# 00000001396779
610 WEST 5TH STREET SUITE 602
AUSTIN, TX 78701
(512) 477-0008

Attorney for RBC BANK ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-36282-H5-11 |
| | § | |
| I BUY INC., | § | |
|   Debtor | § | CHAPTER 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR DUPLICATE NOTICE COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(a), (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULES 3017(a) AND 9007

Comes now BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP pursuant to Bankruptcy Rules 9010 (b), 2002 (a), (b), 3017 (a), 9007, and files this Notice of Appearance and Demand for Service of Papers as Counsel for RBC BANK ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, secured creditor and party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**
610 WEST 5TH STREET SUITE 602
AUSTIN, TX 78701
(512) 477-0008

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel for RBC BANK ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seg.  The undersigned firm will not accept service of process in any adversary case for RBC BANK ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST.

BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY: /s/ STEVE TURNER
    STEVE TURNER
    TX NO. 20341700
    610 WEST 5TH STREET SUITE 602
    AUSTIN, TX 78701
    Telephone: (512) 477-0008
    Facsimile: (512) 477-1112
    E-mail:  SDECF@BBWCDF.COM
    ATTORNEY FOR CLAIMANT

## CERTIFICATE OF SERVICE

I hereby certify that on October 08, 2009, a true and correct copy of the Notice of Appearance and Request for Duplicate Notice was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attatched list.

        Respectfully submitted,

        BARRETT DAFFIN FRAPPIER
        TURNER & ENGEL, LLP

BY: /s/ STEVE TURNER        10/8/2009
     STEVE TURNER
     TX NO. 20341700
     610 WEST 5TH STREET SUITE 602
     AUSTIN, TX 78701
     Telephone: (512) 477-0008
     Facsimile: (512) 477-1112
     E-mail: SDECF@BBWCDF.COM
     ATTORNEY FOR CLAIMANT

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
I BUY INC.
395 SAWDUST SUITE 2021
SPRING, TX  77380

**DEBTOR'S ATTORNEY:**
MICHAEL LOUIS CATRETT
4615 SOUTHWEST FRWY
STE 500
HOUSTON, TX  77027

**TRUSTEE:**
US TRUSTEE
515 RUSK AVE
STE 3516
HOUSTON, TX  77002