IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 Case No. |
| | * | 09-36282 |
| I Buy, Inc. | * | |
| | * | |
| Tax ID No. xx-xxx8813 | * | |
| | * | |
| Debtor | * | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS AND NOTICES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Lake Windcrest Property Owners' Association, Inc., a secured creditor and claimant in the above-styled and numbered case, and pursuant to Section 1109(b) of the United States Bankruptcy Code, and Bankruptcy Rule 2002, hereby appears in the captioned Chapter 11 case and hereby requests service of copies of all pleadings and all notices, such service to be accomplished through its attorney of record at the following address:

Michael J. Treece
Attorney at Law
1020 Bay Area Blvd., Suite 200
Houston, Texas 77058

Respectfully submitted,

_____
Michael J. Treece  Fed. ID# 10682
State Bar No. 20207300
1020 Bay Area Blvd., Suite 200
Houston, Texas 77058
(281) 667-3100 - telephone
(281) 667-3101 - facsimile
Attorney for Lake Windcrest Property
Owners' Association, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Proof of Claim and Notice of Appearance and Request for Service of All Pleadings has been mailed by certified mail, return receipt requested, to all parties entitled to notice, on this _13th_ day of _October_, 2009.

Michael J. Treece