IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 09-36282-H5-11 |
| I BUY, INC. | § | Chapter 11 |
| | § | |
| Debtor | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case as counsel for Creditors, FERNANDO SANTIAGO, JAMES and ANGIE DUNN, and RICHARD W. GUILLORY, JR., pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address:

> Marc H. Schneider
> Jason B. Keith
> Waldron & Schneider, L.L.P.
> University Park
> 15150 Middlebrook Drive
> Houston, TX 77058
> Phone: (281) 488-4438
> Fax: (281) 488-4597

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a demand and request for service and does not constitute a consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

Respectfully Submitted,

**WALDRON & SCHNEIDER, L.L.P.**

/s/Marc H. Schneider
Marc H. Schneider
USDC SD/TX No. 7538
State Bar No. 17788010
marcs@ws-law.com
Jason B. Keith
USDC SD/TX No. 897947
State Bar No. 24051875
jkeith@ws-law.com
University Park
15150 Middlebrook Drive
Houston, Texas 77058
Tel:  (281) 488-4438
Fax: (281) 488-4597
COUNSEL FOR CREDITORS,
FERNANDO SANTIAGO, JAMES & ANGIE DUNN and RICHARD W. GUILLORY, JR.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the attached *Notice of Appearance and Request for Service of Papers* has been served via electronic means and/or U.S. mail, postage prepaid on this the 22nd day of October, 2009, to all parties shown on the attached service list.

*/s/ Marc H. Schneider*
Marc H. Schneider

# SERVICE LIST
# I BUY, INC., DEBTOR
# CASE NO. 09-36282-H5-11

| **ATTORNEY FOR DEBTOR** | **DEBTOR** | **UNITED STATES TRUSTEE** |
|---|---|---|
| Marjorie A Payne Britt | I Buy, Inc | Christine March |
| 4615 SW Fwy, Ste 500 | 395 Sawdust Suite 2021 | Office of United States Trustee |
| Houston, TX 77027 | Spring, TX 77380 | Bob Casey Federal Building |
| | | 515 Rusk St. 3rd Floor |
| | | Houston, TX 77002 |

| **ATTORNEY GENERAL-TX** | **IRS/Special Procedures Branch** | |
|---|---|---|
| Coll. Div. - Bktcy Sect | Attn: Bankruptcy Section | |
| P O Box 12548 | P.O. Box 21126 | |
| Austin, TX 78701-2548 | Philadelphia, PA 19114 | |

## ALL SCHEDULED CREDITORS

| | | |
|---|---|---|
| Arlington ISD, City of Azle | Bexar County | Dallas County |
| c/o Elizabeth Banda | Linebarger Goggan et al | Linebarger Goggan Blair & Sampson, LLP |
| Perdue Brandon Fielder etal | Cypress Fairbanks ISD | |
| P O Box 13430 | c/o John P. Dillman | c/o Elizabeth Weller |
| Arlington, TX 76094-0430 | Post Office Box 3064 | 2323 Bryan Street Suite 1600 |
| | Houston, TX 77253-3064 | Dallas, TX 75201 |
| | | |
| Harris County | Katy ISD | Lake Windcrest Property Owners Association, Inc. |
| c/o John P. Dillman | c/o John P. Dillman | |
| Post Office Box 3064 | Post Office Box 3064 | c/o Michael J. Treece |
| Houston, TX 77253-3064 | Houston, TX 77253-3064 | 1020 Bay Area Blvd., Suite 200 |
| | | Houston, Tx 77058 |
| | | |
| Montgomery County | RBC Bank | Tarrant County |
| c/o John P. Dillman | TRUSTMARK NATIONAL BANK | c/o Elizabeth Weller |
| Post Office Box 3064 | c/o Donald L. Turbyfill | Linebarger Goggan Blair & Sampson |
| Houston, TX 77253-3064 | Devlin, Naylor & Turbyfill PLLC | 2323 Bryan St., Ste. 1600 |
| | 4801 Woodway, Suite 420W | Dallas, TX 75201 |
| | Houston, TX 77056 | |
| | | |
| Texas Citizens Bank, N.A. | United States Bankruptcy Court | Arlington ISD |
| 4949 Fairmont Parkway | PO Box 61010 | c/o Elizabeth Banda |
| Pasadena, TX 77505 | Houston, TX 77208 | Perdue Brandon Fielder etal |
| | | P O Box 13430 |
| | | Arlingotn, TX 76094-0430 |
| | | |
| Bexar County | Bobbie and Nancy Hansen | Bridgestone HOA, Inc. |
| c/o David G. Aelvoet | 24106 Landing Way | c/o O'Neal Law Firm |
| 711 Navarro Suite 300 | Spring, TX 77373 | 12337 Jones Road, Suite 300 |
| San Antonio, TX 78205 | | Houston, TX 77070 |
| | | |
| Britt & Catrett, P.C. | Charles Fuller | City of Azle |
| 4615 SW Fwy Suite 500 | 395 Sawdust Suite 2021 | c/o Elizabeth Banda |
| Houston, TX 77027 | Spring, TX 77380 | Perdue Brandon Fielder etal |
| | | P O Box 13430 |
| | | Arlington, TX 76094-0430 |

City of Garland
c/o Gay McCall Isaacks Gordon & Roberts
1919 S. Shiloh Road, Ste 310 LB40
Garland, TX 75042

Cypress Fairbanks ISD
c/o John P Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx. 77253-3064

Dallas County
Linebarger GogganBlair & Sampson, LLP
c/o Elizabeth Weller
2323 Bryan Street Suite 1600
Dallas, Texas 75201

Damion Corny/Donyell Williams
19707 Duty Creek
Katy, TX 77449

Fernando and Aurelio Ledezma
11651 Timber Hollow
Houston, TX 77065

Harris County et al
c/o John P. Dillman
Linebarger, Goggan Blair & Sampson
P.O. Box 3064
Houston, Texas 77253-3064

Home Depot
PO Box 6029
The Lakes, NV 88901

James William Fryer
14200 Gulf Freeway Suite 101
Houston, TX 77034

James and Angela Dunn
3518 Doherty
Katy, TX 77449

Jose G. Garcia
509 Elm St.
Pasadena, TX 77506

Lake Windrest POA
c/o Treece Law Firm
1020 Bay Area Blvd. Suite 200
Houston, TX 77058

Lilyan June Sechelski
533 Studewood
Houston, TX 77007

Lucy M. Krogman
13719 Amsbury Lane
Cypress, TX 77429

Montgomery County
c/o John P Dillman
Linebarger GogganBlair & SampsonLLP
P.O. Box 3064
Houston, Tx. 77253-3064

PPH Mortgage
4001 Leadenhall Rd
MT Laurel, NJ 08054

RBC Bank
PO Box 700
Rocky Mount NC 27802-0700

Richard Wayne Guillory, Jr
10215 Kirkvale
Houston, TX 77089

Rosa Vasquez & David Zuniga
7842 Vernwood
Houston, TX 77040

St. Martin Bank
301 Main Street
Martinville, La 75082

St. Martin Bank and Trust Co
PO Box 199
St Martinville, LA 70582

Tarrant County
Linebarger GogganBlair & Sampson,
c/o Elizabeth Weller
2323 Bryan Street Suite 1600
Dallas, Texas 75201

Texas Citizens Bank
4949 Fairmont Parkway
Pasadena, TX 77505

Toni Smith & Paul Reynolds
4036 Random Circle
Garland, TX 75043

Trustmark Bank
4660 East Sam Houston Pkwy South
Pasadena, Texas 77505

Wachovia Bank
P.O. Box 96074
Charlotte, NC 28296

Wachovia Bank N.A.
Bankruptcy Dept R4057-01P
P.O. Box 13765
Roanoke, VA 24037-3765

Wells Fargo Home Mortgage
P. O. Box 10335
Des Moines, IA 50306

Woodland Oaks Community Assoc.
c/o Butler Hailey
8901 Gaylord Drive, Suite 100
Houston, TX 77024-3042

**Chapter 11 No. 09-36282; Notice of Appearance**  **Page 4**